UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DANIEL ST. JULIEN** | **CASE NO.  6:25-CV-01328** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **UNKNOWN ATTORNEYS, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation and pursuant to 28 U.S.C. § 1915(e)(2)(B), Plaintiff's claims are DISMISSED WITH PREJUDICE for failure to state a claim.

Signed at Lafayette, Louisiana, this 6th day of October, 2025.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE